| | |
|---|---|
| 1 | Daniel P. Struck, Bar #012377 |
| | Anne M. Orcutt, Bar # 029387 |
| 2 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| | 3100 West Ray Road, Suite 300 |
| 3 | Chandler, Arizona 85226 |
| | Telephone: (480) 420-1600 |
| 4 | dstruck@strucklove.com |
| | aorcutt@strucklove.com |
| 5 | |
| | *Attorneys for Defendants State of Arizona* |
| 6 | *and Kimble* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Mark Hasz and Shaun Holland, | CASE NO. 2:22-cv-00667-PHX-SPL |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF SERVICE** |
| State of Arizona, a body politic and James Kimble, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on August 19, 2022, undersigned counsel for Defendants State of Arizona and Kimble served Plaintiffs' counsel with the following documents electronically:

1. Defendants' First Supplemental Disclosure Statement.

DATED this 19th day of August, 2022.

                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                        By /s/ Anne M. Orcutt
                           Daniel P. Struck
                           Anne M. Orcutt
                           3100 West Ray Road, Suite 300
                           Chandler, Arizona 85226

                         *Attorneys for Defendants State of Arizona*
                         *and Kimble*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Martin A. Bihn          mbihn@phxlegal.com
Donna McDaniel     donna@phxlegal.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

                                   /s/ S. Berry